IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
|    PERPETUA-BURR OAK HOLDINGS | ) | Chapter 11 cases |
|    OF ILLNOIS, L.L.C.,  et al., | ) | Case No. 09-34022 |
| | ) | Jointly Administered |
|                Debtors. | ) | |
| | ) | Hon. Pamela Hollis |
| | ) | |

VERIFIED STATEMENT OF POWER ROGERS & SMITH, P.C.
PURSUANT TO RULE 2019
OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE

POWER ROGERS & SMITH, counsel to CATHERINE ROGERS et al. (see attached list of creditors attached as Exhibit A), creditors and parties in interest in this chapter 11 case, submits this verified statement pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure, representing as follows:

1. Perpetua-Burr Oak Holdings of Illinois, LLC.; Perpetua, Inc; and Perpetua Holdings of Illinois, Inc. filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code on September 14, 2009.

2. Power Rogers & Smith, P.C. currently represents the following creditors and parties in interest in this chapter 11 case: List of creditors attached as Exhibit A.

3. Pertinent Facts and Circumstances in Connection with the Employment of Power Rogers & Smith, P.C.

    Power Rogers & Smith, P.C. was contacted by these creditors to provide legal representation in the commencement and prosecution of their claims and interests therein.

4. Each creditors that Power Rogers & Smith, P.C. represents have the following claims against Debtors:  Negligence; Intentional Infliction of Emotional Distress; Common Law Fraud; Consumer Fraud and Deceptive Business Practices Act; and Interference with the Rights of the Next-of-Kin to Possess, Preserve and Make Appropriate Disposition of their Decedents' Remains.

5. The value of each claim is to be determined after the database is provided to counsel from the Debtors and a determination is made with respect to locations of graves whether they have been disturbed, and in what condition they are in.

6. Power Rogers & Smith does not hold any claim against or own any interest in Debtor, nor has it at any time held any such claim or owned any such interest

I, Larry R. Rogers, declare under penalty of perjury that I have read the foregoing and that it is true and correct to the best of my knowledge, information and belief.

Date:  October 28, 2009

  /s/   Larry R. Rogers


Larry R. Rogers
POWER, ROGERS & SMITH, P.C.
70 West Madison Street
55th Floor
Chicago, IL 60602-4212
Phone No.  312/236-9381
Atty No.  6186149

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
|    PERPETUA-BURR OAK HOLDINGS | ) | Chapter 11 |
|    OF ILLNOIS, L.L.C., | ) | Case No. 09-34022 |
| | ) | Jointly Administered |
|                        Debtor. | ) | Hon. Pamela Hollis |

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 28, 2009 I electronically filed VERIFIED STATEMENT OF POWER ROGERS & SMITH, P.C., PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURES with the Clerk of the Court using the CM/ECF system which will send notification to such filing(s) to the following:

Robert Fishman
Brian Shaw
Richard A. Saldinger
S. Jarret Raab
SHAW GUSSIS FISHMAN GLANTZ, WOLFSON & TOWBIN, LLC
321 N. Clark Street, Suite 800
Chicago, IL 60654

I hereby certify that on October 28, 2009 I electronically filed VERIFIED STATEMENT OF POWER ROGERS & SMITH, P.C., PURSUANT TO RULE 2019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURES to the following:

Jennifer Romano
Folger, Levin Kahn, LLP
1900 Avenue of the Stars,
28th Floor
Los Angeles, CA 90067
Phone No. 310-556-3700
Fax No. 310-556-3770
jromano@flk.com
**Attorney for Defendant, Anita Stephens**

Philip L. Harris
Joanne H. Sweeney
Sara S. Ruff
JENNER & BLOCK, LLP
330 N. Wabash Ave.
Chicago, IL 60611
Phone No. 312-222-9350
Email: jsweeney@jenner.com
pharris@jenner.com
sruff@jenner.com
**Attorney for Defendant, Divakar R. Kamath; Felix Villalba; Pacesetter SBIC Fund, Inc.;**


Kathleen M. Rogers
SLUTES, SAKRISON & ROGERS, P.C.
4801 E. Broadway Blvd., Suite 301
Tucson, Arizona 85711
(520) 624-6691
(520) 791-9632 (fax)
Email: [krogers@sluteslaw.com]
**Attorney for Defendant, Slivy Cotton Edmunds**

Steve Lawrence
105 West Adams , Suite 2300
Chicago, IL 60603
Phone No. 312-363-9545
Email: steve.lawrence47@gmail.com
**Attorney for Defendant, Melvin Z. Bryant**

Daniel M. Kotin
CORBOY & DEMETRIO
33 North Dearborn Street
Chicago, IL 60602
Phone No.   312-346-3191
Fax No.   312-346-5562
email: dmk@corboydemetrio.com


Louis C. Cairo
Colin J. O'Malley
GOLDBERG, WEISMAN & CAIRO
Phone No.   312-464-1200
Fax No.   312-464-1212
email: lcairo@gwclaw.com; comalley@gwclaw.com


Alfred S. Vano
SANTILLI & VANO
111 W. Washington Street
Suite 1240
Chicago, IL 6062
Phone No.   312-444-9606
Fax No.  312-444-9609
email: asvlef@yahoo.com


Tom Leahy
Michael Alkaraki
LEAHY & HOSTE
321 Clark Street, Suite 2222
Chicago, IL 60610
Phone No.   312-362-8893
Fax No.   312-630-1095
email: tleahy@leahylaw.com; malkaraki@leahylaw.com

Lynne Plum Duffey
Mabel Bannister
Hofeld & Schaffner
30 North LaSalle Street
Chicago, IL 60602
Phone No.   312-372-4250
Fax No.   312-372-1766
email: lduffey@hofeldandschaffner.com

Yao O. Dinizulu
Dinizulu Law Group, Ltd.
221 North LaSalle Street, Suite 1100
Chicago, IL 60601
Phone No.  312-384-1920
Fax No.  312-384-1921
email: dinizulu@dinizululawgroup.com


Mark V. Ferrante
Law offices of Mark V. Ferrante
161 North Clark Street, Suite 2575
Chicago, IL 60601
Phone No.   312-578-0303
email: mvf@ferrantelaw.com


Thomas O. Plouff
COSTELLO, McMAHON BURKE & MURPHY, LTD.
150 North Wacker Dr., Suite 3050
Chicago, IL 60606-1610
Phone No.   312-541-9700
Fax No.  312-541-0520
email: tom@alabama-attorney.net

Deidre Baumann
Paul R. Shuldiner
Baumann & Shuldiner
20 S. Clark Street, Suite 500
Chicago, IL 60603
Phone No.  312-558-3119
Fax No.  312-558-6715
email: baumannesq@worldnet.att


Daniel Klein
Lisa Weinstein
KURASCH & KLEIN, Ltd.
100 N. LaSalle St., Ste. 2005
Chicago, Illinois 60602
312-372-7250
dklein@chicagopilaw.com;    lweinstein@chicagopilaw.com


Laura Gordon
Susan Loggans & Associates
33 North LaSalle Street Suite 1710
Chicago,  IL 60602

(312) 201-8600
lgordon@logganslaw.com


Kristin J. Atherton
Harvey L. Walner & Assoc., Ltd.
Attorneys at Law
33 N. LaSalle St. Suite 2700
Chicago, IL 60602
Direct 312-795-0500
Office 312-782-8550
Toll Free 800-947-8550 Ext. 200
kristin@walnerlaw.xohost.com

James Montgomery Jr.
J. Andrew Brabender
James D. Montgomery and Associates, Ltd.
1 N. LaSalle St., Suite 2450
Chicago, IL 60602
Phone No. 312-977-0200
Fax No. 312-977-0209
james2@jdmlaw.com;
abrabender@jdmlaw.com


Gary D. McCallister
Jaime Goldstein
Gary D. McCallister & Associates
120 North LaSalle Street Suite 2800
Chicago, IL 60602
Phone No. 312-345-0611
Fax No. 345-0612
jgolstein@gdmlawfirm.com gdm@gdmlawfirm.com

Sean Murray
Anesi Ozmon Rodin Novak & Kohen Ltd.
161 N. Clark St, Suite 2100
Chicago, IL 60601
Phone No. 312-372-3822
smurray@anesilaw.com


Marvin W. Gray
405 E. Oakwood Blvd., Suite 2L
Chicago, IL 60653-2303
Phone No. 773-268-0900
Fax No. 773-268-0901
marvingray@aol.com

Elliot Pollock
111 W. Washington, Suite 1301
Chicago, IL 60602
Phone No. 312-357-1860
pollocklaw@sbcglobal.net

Cannon Lambert, Sr.
Karchmar & Lambert, P.C.
211 W. Wacker Dr., Suite 550
Chicago, IL 60606
Phone No. 312-977-1300
Fax No. 312-977-1999
karchmarlambert@aol.com

Tiffany N. Hardy
Edeman Combs Latturner & Goodwin, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
Phone No. 312-739-4200
Fax No. 312-419-0379
thardy@edcombs.com

Jeffrey M. Friedman
120 South State Street, Suite 400
Chicago, IL 60603
Phone No. 312-357-1431
Fax No. 312-357-2521
friedman@jmflaw.com

Kevin A. Ameriks
Paul M. Orenic
The Law Offices of Ernesto D. Borges, Jr.
105 W. Madison 23rd Floor
Chicago, IL 60602
Phone No. 312-853-0200
Fax No. 312-853-3130
kameriks@bill-busters.com
porenic@bill-busters.com

Robert P. Walsh, Jr.
Clifford Law Offices
120 N. LaSalle Street, 31st Floor
Chicago, IL 60602
Phone  No.  312-899-9090
Fax No.  312-251-1160
rpw@cliffordlaw.com


Charles E. Tannen
Karlin & Fleisher, LLC
111West Washington Suite 1505
Chicago, IL 60602
Phone  No.  312-346-8620
Fax No.  312-346-8743
cet@karlinfleisher.com


Ken Battle
Gardiner Koch Weisberg
53 W. Jackson Suite 950
Chicago, IL 60604
Phone   312-362-0000
Fax NO.  312-362-0440
kbattle@gkw-law.com

Meribeth Mermall
Asst. State's Atty.
500 Richard J. Daley Center
(312) 603-3374
mmermal@cookcountygov.com.

Cynthia Kisser
Lawrence H. Hyman & Assoc.
111 W. Washington Street, Suite 1025
Chicago, IL 60602
Phone  No.  312-346-6766
ckisser@lhyman.com


Carl S. Salvato
Navigato & Salvato
53 W. Jackson Blvd., #1750
Chicago, IL 60604

css@nslawoffice.com


Christopher Smith
Robert Johnson

Smith, Johnson & Antholt LLC
112 S. Sangamon St., 3rd Floor
Chicago, IL  60607
312.432.0400 (ph)
312.850.2704 (fax)

Phyllis Y. Price
Attorney At Law
Law Office of Phyllis Price
30 N. Michigan Ave.
Suite 1310
Chicago, IL  60602
Office: 312 379-0044 | Fax: 312 726-5692
E-mail: mailto:pprice@pricelawofc.com>

Mark A. Semisch
Anthony J. Masciopinto
Kulwin Masciopinto & Kulwin
161 N. Clark Street, Suite 2500
Chicago, IL 60601
Phone No.  312-641-0300
Fax No.  312-855-0350
msemisch@kmklawllp.com
amasciopinto@kmklawllp.com

Montgomery Mackey
Mackey & Kramer, P.C.
77 W. Washington St., Ste. 1300
Chicago, IL  60602
(312)263-2000
monty@mackey-kramer.com


Al Whiters
Attorney
25 E. Washington, Ste. 1217
Chicago, Ill  60602
awhiters@yahoo.com


Thomas A. Doggett
MARINO & SIMONETTI
134 N. LaSalle St. #1450
Chicago IL 60602
312-920-9302
doggett@mschicagolaw.com

By   /s/ Larry R.Rogers

Joseph A. Power, Jr.
Larry R. Rogers Sr.
Power Rogers & Smith, P.C.
70 West Madison, 55th Floor
Chicago, IL 60602
Phone No. 312-236-9381
Fax No. 312-236-0920