UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Cases |
| | ) | |
| PERPETUA-BURR OAK HOLDINGS OF | ) | Case No. 09-34022 |
| ILLINOIS, L.L.C., *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hon. Pamela S. Hollis |
| | ) | |
| | ) | |

NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR
HEARING ON JANUARY 7, 2010 AT 11:00 A.M., C.S.T.

---

### Original Motions

1. **Debtors' Motion to Extend the Debtors' Exclusive Period to Propose a Chapter 11 Plan and Solicit Acceptances** [Filed 12/22/09] (Docket No. 354).

   **Responses Received**: None.

   **Status**: This matter is going forward.

### Continued Motions

2. **Motion for Relief from Stay Filed by Roshanda Washington** [Filed 9/18/09] (Docket No. 36).

   **Responses Received**: None.

   **Status**: This matter is set for status.

3. **Motion for Relief from Stay Filed by Catherine Rogers** [Filed 9/22/09] (Docket No. 47).

   **Responses Received**: None.

   **Status**: This matter is set for status.

4. **Motion Requesting the Court to Abstain from Retaining Jurisdiction and for Dismissal Filed by Roshanda Washington** [Filed 9/22/09] (Docket No. 50).

   **Responses Received**: None.

Status:    This matter is set for status.

### Original Motions in Adversary Proceeding 09ap00943

5.  **Motion for Leave to to File Verified Answer to Complaint for Declaratory Judgment & Injunctive Relief instanter Filed by Francis R Greene on behalf of Elaine Theresa Jones Carroll, Jessie Credit-Kennedy, Keisha Hale, Shirley Henry, Leslie Jones, Calvin Kennedy, Sr., Pamela Roby, Carolyn Rodgers, Paulette Ross.** [Filed 12/18/09] (Docket No. 1030).

    Responses Received: None.

6.  **Motion to Intervene Adversary Proceeding Filed by the Official Committee of Unsecured Creditors** [Filed 12/23/09] (Docket No. 1031).

    Responses Received: None.

7.  **Motion for Leave to File Omnibus Answer Filed by the Official Committee of Unsecured Creditors** [Filed 12/23/09] (Docket No. 1032).

    Responses Received: None.

8.  **Motion to Clarify Filed by Arthur S Gold on behalf of Deborah Charles, Robert Grayson** [Filed 12/29/09] (Docket No. 1035), and **Amended Motion to Clarify Filed by Arthur S Gold on behalf of Deborah Charles, Robert Grayson.** [Filed 1/4/10] (Docket No. 1037).

    Responses Received: **Debtors' Objection to Motion to Clarify Filed 1/5/09.**

    Status:    The Debtor has filed a procedural and substantive objection to this motion.

### Continued Matters in Adversary Proceeding 09ap00943

9.  **Complaint filed by Perpetua-Burr Oak Holdings of Illinois, L.L.C., et al. against Adadevoh, et al.** [Filed 10/5/09].

    Status:    This matter is set for status.

10. **Motion for Preliminary Injunction by Perpetua-Burr Oak Holdings of Illinois.** [Filed 10/6/09] (Docket No. 4).

    Status:    This matter is set for status.

{7236 MSC A0249942.DOC}    2

11. **Emergency Motion for Protective Order filed by Plaintiff** [Filed 11/11/09] (Docket No. 899).

    **Responses Received:**

    (A) Amended Supplemental Memorandum in Support of Sanders Adversary Defendants' Motion to Compel Debtors to Answer Discovery Requests and in Opposition to Debtors' Motion for a Protective Order filed by Defendants Bobbie Jean Sanders and Julie Jones [Filed 11/20/09] (Docket No. 954).

    (B) Response to Debtors' Emergency Motion to Limit Discovery and For A Protective Order filed by Defendants Judy Jackson, et al. [Filed 12/1/09] (Docket No. 237) [The docket reflects that this was filed in the incorrect case.]

    (C) Debtors' Reply in Support of Their Emergency Motion to Limit Discovery and for a Protective Order and Response in Opposition to the Sanders' Adversary Defendants' Emergency Motion to Compel [Filed 12/8/09] (Docket No. 998).

    **Status**: This motion is set for status and/or argument, if the Court so chooses.

12. **Motion to Compel Adversary Plaintiffs to Answer Adversary Defendants' First Set of Interrogatories by filed by Defendants Bobbie Jean Sanders and Julie Jones** [Filed 11/11/09] (Docket No. 902).

    **Responses Received:**

    (A) Amended Supplemental Memorandum in Support of Sanders Adversary Defendants' Motion to Compel Debtors to Answer Discovery Requests and in Opposition to Debtors' Motion for a Protective Order filed by Defendants Bobbie Jean Sanders and Julie Jones [Filed 11/20/09] (Docket No. 954).

    (B) Debtors' Reply in Support of Their Emergency Motion to Limit Discovery and for a Protective Order and Response in Opposition to the Sanders' Adversary Defendants' Emergency Motion to Compel [Filed 12/8/09] (Docket No. 998).

    **Status**: This motion is set for status and/or argument of the Court so chooses.

13. **Motion to Extend Time to Answer or Otherwise Plead Filed by Francis R Greene on behalf of Pamela Roby** [Filed 12/7/09] (Docket No. 986).

    **Responses Received**: None.

    **Status**: This motion is set for status.

                                                      Respectfully submitted,

                                                      Perpetua, Inc.
                                                      Perpetua Holdings of Illinois, Inc.
                                                      Perpetua-Burr Oak Holdings of Illinois, L.L.C.

Dated: January 6, 2010             By:      */s/ Kimberly Bacher*
                                                                One of their attorneys

Robert M. Fishman (#3124316)
Brian L. Shaw (#6216834)
Kimberly Bacher (#6285677)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60610
(312) 541-0151 telephone
(312) 980-3888 facsimile

# **CERTIFICATE OF SERVICE**

Kimberly Bacher certifies that she caused to be served a true copy of the above and foregoing NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR HEARING ON JANUARY 7, 2010 AT 11:00 A.M., C.T. upon the Service List below via ECF Electronic Mail Notice on this 6th day of January, 2010.

/s/ *Kimberly Bacher*

## *Via ECF Electronic Mail Notice*

- Kimberly A Bacher    kbacher@shawgussis.com
- Sisavanh B Baker    sibaker@cookcountygov.com
- Aaron R. Bilton    aaronbilton@ameritech.net
- Carl B Boyd    starksboyd@sbcglobal.net
- Patience R Clark    prc@clarklawchicago.com
- Nathan F Coco    ncoco@mwe.com
- Joseph R Curcio    info@curcio-law.com, kmillan@curcio-law.com
- Yao O Dinizulu    dinizulu@dinizululawgroup.com
- Faith Dolgin    faith.dolgin@illinois.gov
- Robert M Fishman    rfishman@shawgussis.com
- Jamie G Goldstein    jgoldstein@gdmlawfirm.com
- Kenneth T Goldstein    ken@krislovlaw.com, ecf@krislovlaw.com
- Blake W Horwitz    bhorwitz@hrbattorneys.com, sboshears@rsbmlaw.com
- Gregory J Jordan    gjordan@akjltd.com
- Dan Klein    dakchicago@yahoo.com
- Clinton A Krislov    clint@krislovlaw.com
- Vincent E. Lazar    vlazar@jenner.com, lyap@jenner.com;docketing@jenner.com
- Anthony J Masciopinto    amasciopinto@kmklawllp.com
- James D. Montgomery    james2@jdmlaw.com
- William T Neary    USTPRegion11.ES.ECF@usdoj.gov
- Elliot Pollock    pollocklaw@sbcglobal.net, rettigb@hotmail.com
- Scott C Polman    spolman.law@comcast.net
- Joseph A Power    joepower@prslaw.com, dkroger@prslaw.com
- Aron D Robinson    adroblaw@aol.com
- Richard A. Saldinger    rsaldinger@shawgussis.com
- Brian L Shaw    bshaw100@shawgussis.com, bharrington@shawgussis.com
- Zachary K. Sims    zacharysims@aol.com
- Kathleen A Stetsko    kstetsko@perkinscoie.com
- Daniel A Zazove    docketchi@perkinscoie.com
- Thomas A Jr Zimmerman    tom@attorneyzim.com

{7236 MSC A0249942.DOC}

*<u>Via Electronic Mail</u>*

Steven J. Plotkin (sjplaw@sbcglobal.net)

Darrell Phillips (revdrdlp@comcast.net)

Shelby H. Karish (shelby@walnerlaw.com)

Blake W. Horwitz (bwhorwitz@hrbattorneys.com)

Deidre Baumann (baumannesq@worldnet.alt.net)

Kenneth T. Goldstein (ken@krislovlaw.com)

Aron D Robinson (adroblaw@aol.com)

*Via Regular U.S. Mail*

Terry Blanchard
Barclay, Dixon & Smith, P.C.
39 S. LaSalle St.
Suite 900
Chicago, Illinois 60603
tblanchard@barclaydixon.com

Grant S. Palmer
Louis H. Kozloff
Ryan P. Stewart
Blank Rome LLP
One Logan Squire
130 North 18th Street
Philadelphia, PA 19103-6998
Stewart-R@BlankRome.com
Kozloff@BlankRome.com
Palmer@BlankRome.com

Kevin W. Doherty
Doherty & Progar LLC
200 West Adams Street
Suite 2220
Chicago, Illinois 60606
kwd@doherty-progar.com

James Geoly
Susan M. Horner
Burke Warren MacKay & Serritella P.C.
330 N. Wabash Avenue
22nd Floor
Chicago, Illinois 60611-3607
jgeoly@burkelaw.com
shorner@burkelaw.com

Perpetua, Inc.
3510 E. Hampton Ave.
Villa 100
Mesa, AZ   85204

Perpetua-Burr Oak Holdings
  of Illinois , L.L.C.
4400 W. 127th St .
Alsip, IL   60803

Perpetua Holdings of Illinois, Inc.
12540 S. Halsted St.
Chicago, IL  60628

John J. Piegore
Sanchez Daniels & Hoffman LLP
333 W. Wacker Drive
Suite 500
Chicago, Illinois 60606
jpiegore@sanchezdh.com

CNH Capital America LLC
100 Brubaker Avenue
New Holland, PA  17557

1st Source Bank
P.O. Box 783
South Bend, IN  46624

U.S. Small Business Administration
Attn:  Arlene M. Embrey, Esq.
409 Third Street, S.W.
7th Floor
Washington, D.C.  20416
arlene.embrey@sba.gov

G. Allen Mayer, Asst. Cnsl.
Jessica A. Sohl, Asst. Cnsl.
Illinois Office of the Comptroller
100 West Randolph, 15-500
Chicago, IL 60601
(312) 814-4981
(312) 814-2986 Fax

Gary M. Griffin
General Law Bureau
Attorney General's Office
100 W. Randolph St.
13th Fl.
Chicago, IL 60601

Michael W. Weaver
David A. Baker
McDermott Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096
dbaker@mwe.com
mweaver@mwe.com

Paul J. Gaynor
Asst. Attorney General & Bureau
Chief Special Lit. Bureau
Illinois Attorney General
100 W. Randolph Street
Chicago, IL 60601
312-814-1134
312-814-5024 Fax
pgaynor@atg.state.il.us

Alexia M. Kulwiec
Chief Counsel
SEIU Local 1
111 E. Wacker Dr.
Suite 2500
Chicago, IL 60601
312-233-8712
312-2338848 Fax
kulwieca@seiu1.org

# SHAW GUSSIS

Shaw Gussis Fishman Glantz Wolfson & Towbin LLC

**Kimberly Bacher**
Direct 312.980.3863
kbacher@shawgussis.com

January 6, 2010

**VIA MESSENGER**

The Honorable Pamela S. Hollis
Everett McKinley Dirksen Building
219 South Dearborn Street, Chambers 648
Chicago, Illinois 60604
Attn: Linda Austin, Courtroom Deputy

Re:   *In re: Perpetua-Bur Oak Holdings of Illinois, L.L.C.,* **Case No. 09-34022**

Dear Judge Hollis:

Enclosed please find a Notice of Agenda for Matters Schedule for Hearing on January 7, 2010 at 11:00 A.M., C.T.

Please contact my office if you have any questions.

Very truly yours,

*Kimberly Bacher*
Kimberly Bacher

KAB: kab
Enclosures
cc:   ECF Service List

{7236 LTR A0250128.DOC}

321 N. Clark Street, Suite 800, Chicago, IL 60654  Phone: 312.541.0151  Fax: 312.980.3888  www.shawgussis.com