UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Cases |
| | ) | |
| PERPETUA-BURR OAK HOLDINGS OF | ) | Case No. 09-34022 |
| ILLINOIS, L.L.C., *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hon. Pamela S. Hollis |
| | ) | |
| | ) | |

NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR
HEARING ON APRIL 29, 2010 AT 11:00 A.M., C.S.T.

## Original Motions

1.  Motion and Request for Payment of Administrative Expenses Filed by the Official Committee of Unsecured Creditors. [Filed 4/19/10] (Docket No. 515).

    **Responses Received**: None.

    **Status**: This matter is going forward.

                                    Respectfully submitted,

                                    Perpetua, Inc.
                                    Perpetua Holdings of Illinois, Inc.
                                    Perpetua-Burr Oak Holdings of Illinois, L.L.C.

Dated: April 28, 2010            By:    */s/ Kimberly Bacher*
                                            One of their attorneys

Robert M. Fishman (#3124316)
Brian L. Shaw (#6216834)
Kimberly Bacher (#6285677)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60610
(312) 541-0151 telephone
(312) 980-3888 facsimile

{7236 MSC A0259825.DOC}

## CERTIFICATE OF SERVICE

Kimberly Bacher certifies that she caused to be served a true copy of the above and foregoing NOTICE OF AGENDA FOR MATTERS SCHEDULED FOR HEARING ON APRIL 29, 2010 AT 11:00 A.M., C.T. upon the Service List below via ECF Electronic Mail Notice on this 28th day of April, 2010.

/s/ *Kimberly Bacher*

### *Via Electronic Mail*

Steven J. Plotkin (sjplaw@sbcglobal.net)

Darrell Phillips (revdrdlp@comcast.net)

Shelby H. Karish (shelby@walnerlaw.com)

Blake W. Horwitz (bwhorwitz@hrbattorneys.com)

Deidre Baumann (baumannesq@worldnet.alt.net)

Kenneth T. Goldstein (ken@krislovlaw.com)

Aron D Robinson (adroblaw@aol.com)

### *ECF Electronic Mail Notice*

- Kimberly A Bacher    kbacher@shawgussis.com
- Sisavanh B Baker    sibaker@cookcountygov.com
- Aaron R. Bilton    aaronbilton@ameritech.net
- Carl B Boyd    starksboyd@sbcglobal.net
- Patience R Clark    prc@clarklawchicago.com
- Nathan F Coco    ncoco@mwe.com
- Joseph R Curcio    info@curcio-law.com, kmillan@curcio-law.com
- Yao O Dinizulu    dinizulu@dinizululawgroup.com
- Faith Dolgin    faith.dolgin@illinois.gov
- Robert M Fishman    rfishman@shawgussis.com
- Jamie G Goldstein    jgoldstein@gdmlawfirm.com
- Kenneth T Goldstein    ken@krislovlaw.com, ecf@krislovlaw.com
- Blake W Horwitz    bhorwitz@hrbattorneys.com, sboshears@rsbmlaw.com
- Gregory J Jordan    gjordan@akjltd.com
- Dan Klein    dakchicago@yahoo.com
- Robert D Kreisman    bob@robertkreisman.com
- Clinton A Krislov    clint@krislovlaw.com
- Vincent E. Lazar    vlazar@jenner.com, lyap@jenner.com;docketing@jenner.com
- Anthony J Masciopinto    amasciopinto@kmklawllp.com
- James D. Montgomery    james2@jdmlaw.com
- William T Neary    USTPRegion11.ES.ECF@usdoj.gov

{7236 MSC A0259825.DOC}

- Elliot Pollock   pollocklaw@sbcglobal.net, rettigb@hotmail.com
- Scott C Polman   spolman.law@comcast.net
- Joseph A Power   joepower@prslaw.com, dkroger@prslaw.com
- Aron D Robinson   adroblaw@aol.com
- Richard A. Saldinger   rsaldinger@shawgussis.com
- Brian L Shaw   bshaw100@shawgussis.com, bharrington@shawgussis.com
- Zachary K. Sims   zacharysims@aol.com
- Kathleen A Stetsko   kstetsko@perkinscoie.com
- Daniel A Zazove   docketchi@perkinscoie.com
- Thomas A Jr Zimmerman   tom@attorneyzim.com

# SHAW GUSSIS

Shaw Gussis Fishman Glantz Wolfson & Towbin LLC

**Kimberly Bacher**
Direct 312.980.3863
kbacher@shawgussis.com

April 28, 2010

**VIA MESSENGER**

The Honorable Pamela S. Hollis
Everett McKinley Dirksen Building
219 South Dearborn Street, Chambers 648
Chicago, Illinois 60604
Attn: Stephen Beckerman, Courtroom Deputy

    Re:    *In re: Perpetua-Burr Oak Holdings of Illinois, L.L.C.,* **Case No. 09-34022**

Dear Judge Hollis:

Enclosed please find a Notice of Agenda for Matters Scheduled for Hearing on April 29, 2010 at 11:00 A.M., C.T.

Please contact my office if you have any questions.

Very truly yours,

*Kimberly Bacher*
Kimberly Bacher

KAB: kab
Enclosures
cc:    ECF Service List

{7236 LTR A0259842.DOC}