UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 Cases |
| | ) | |
| PERPETUA-BURR OAK HOLDINGS OF | ) | Case No. 09-34022 |
| ILLINOIS, L.L.C., *et al.* | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Hon. Pamela S. Hollis |

**FINAL ORDER AUTHORIZING DEBTORS TO UNDERTAKE UNSECURED
INTERCOMPANY CREDIT AND FOR RELATED RELIEF**

This matter, coming before the Court on the motion of Perpetua, Inc. ("Perpetua"), Perpetua Holdings of Illinois, Inc. d/b/a Cedar Park Cemetery ("Cedar Park") and Perpetua-Burr Oak Holdings of Illinois, L.L.C. d/b/a Burr Oak Cemetery ("Burr Oak", collectively, with Cedar Park and Perpetua, the "Debtors"), pursuant to 11 U.S.C., §§ 363(b)(1) and 364(b), requesting the entry of an order authorizing them to undertake intercompany unsecured credit (the "Motion"); due notice of the Motion having been provided for under Federal Rule of Bankruptcy Procedure 4001; the Court having jurisdiction over this core matter and having an entered an interim order with regard to the Motion on or about August 19, 2010; and the Court being fully advised in the premises of the basis of the Motion and having determined that the relief requested in the Motion is appropriate and in the best interests of the Debtors, their creditors and their bankruptcy estates;

{7236 ORD A0269513.DOC 2}

IT IS HEREBY ORDERED THAT the Debtors are authorized to undertake the unsecured intercompany financing as described more fully in the Motion, subject to the restrictions set forth therein.

Dated: SEP - 2 2010

Entered: _____
United States Bankruptcy Judge

Order prepared by:

Brian L. Shaw (#6216834)
Shaw Gussis Fishman Glantz
  Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, Illinois 60610
(312) 541-0151  telephone
(312) 980-3888  facsimile

*Counsel for the Debtors*