# UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Cases |
| | ) | |
| PERPETUA-BURR OAK  HOLDINGS OF | ) | Case No. 09-34022 |
| ILLINOIS, L.L.C., *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hon. Pamela S. Hollis |
| | ) | Hearing Date: 3/20/2012 |
| | ) | Hearing Time: 10:00 a.m. |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **March 20, 2011 at 10:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Pamela S. Hollis,** Bankruptcy Judge, in the room usually occupied by her as a Courtroom in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in her absence, before such other Judge who may be sitting in her place and stead and hearing bankruptcy motions, and shall then and there present the **Motion For Entry Of Final Decree Closing Cases,** a copy of which is attached and herewith served upon you, and shall pray for the entry of an order in conformity with the prayer of said pleading.

**AT WHICH TIME AND PLACE** you may appear if you so see fit.

Dated: March 13, 2012

Respectfully submitted,

PERPETUA (CONSOLIDATED), INC.

By:   */s/ Brian L. Shaw*
One of its attorneys

Robert M. Fishman (#3124316)
Brian L. Shaw (#6216834)
Kimberly Bacher (#6285677)
Shaw Gussis Fishman Glantz
Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60654
Tel: (312) 276-1321
Fax: (312) 275-0563

**CERTIFICATE OF SERVICE**

Brian L. Shaw certifies that he caused to be served a true copy of the above and foregoing **Notice of Motion** and **Motion For Entry Of Final Decree Closing**, upon the CM/ECF Service List via the Court's electronic filing system on this 13th day of March 2012.

/s/ Brian L. Shaw

# Mailing Information for Case 09-34022

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Farris M Alkaraki    malkaraki@leahylaw.com, mocampo@leahylaw.com
- BMC Group, Inc    mjohn@bmcgroup.com, evalles@bmcgroup.com,lruppaner@bmcgroup.com
- Kimberly A Bacher    kbacher@shawgussis.com
- Sisavanh B Baker    sibaker@cookcountygov.com
- Edric S Bautista    ebautista@sanchezdh.com
- Aaron R. Bilton    aaronbilton@ameritech.net
- David M Blaskovich    dmblasko@cwblawfirm.com
- Michael F Bonamarte    mfb@levinperconti.com
- Carl B Boyd    starksboyd@sbcglobal.net
- Bruce Brandwein    brucebrandwein@yahoo.com
- David H Charlip    dcharlip@charliplawgroup.com
- Patience R Clark    prc@clarklawchicago.com, nikki41711@gmail.com
- Nathan F Coco    ncoco@mwe.com
- Joseph R Curcio    info@curcio-law.com, kmillan@curcio-law.com
- Michael J Dergo    m.dergo@vlaw.com
- Yao O Dinizulu    dinizulu@dinizululawgroup.com
- Faith Dolgin    faith.dolgin@illinois.gov
- Michael W Duffy    mduffy@cdglawyers.com, abrucato@childresslawyers.com
- Glen J Dunn    glendunn@mindspring.com
- Jeffrey D Eaton    jeaton@schiffhardin.com
- Paul Fangman    pfangman@hotmail.com
- Robert M Fishman    rfishman@shawgussis.com
- Ronald G Fleisher    rgf@karlinfleisher.com
- Arthur S Gold    asg@gcjustice.com, carla@gcjustice.com
- Jamie G Goldstein    jgoldstein@gdmlawfirm.com
- Kenneth T Goldstein    ken@krislovlaw.com, ecf@krislovlaw.com
- Francis R Greene    fgreene@edcombs.com, courtecl@edcombs.com
- Bryan S Hofeld    bhofeld@hofeldandschaffner.com
- Blake W Horwitz    bhorwitz@hrbattorneys.com, sboshears@rsbmlaw.com

- William B Isaly    bisaly@ancelglink.com
- Victor Jacobellis    vjacobellis@cdglawyers.com, lmesser@cdglawyers.com
- Gregory J Jordan    gjordan@jka-law.com
- Dan Klein    dakchicago@yahoo.com
- Robert D Kreisman    bob@robertkreisman.com
- Clinton A Krislov    clint@krislovlaw.com
- Robert A Langendorf    rlangendorf@comcast.net, pberenz@yahoo.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Vincent E. Lazar    vlazar@jenner.com, lyap@jenner.com;mmatlock@jenner.com;docketing@jenner.com
- Edward J. Lesniak    elesniak@burkelaw.com
- Nathan P Lusignan    nlusignan@gkw-law.com
- Jessica MacLean    jessica.maclean@cookcountyil.gov
- Matthew T Malinowski    plaintifflaw4@gmail.com
- John R Malkinson    mhpc@aol.com
- Anthony J Masciopinto    amasciopinto@kmklawllp.com
- James D. Montgomery    james2@jdmlaw.com
- Steven J Morton    sjm@sjmlaw.com
- Lauren N. Nachinson    Lauren.Nachinson@quarles.com, Faye.Feinstein@quarles.com;sara.sullivan@quarles.com
- Christina M Phillips    cphillips@childresslawyers.com, jbuljubasic@childresslawyers.com
- Thomas Plouff    tom@alabama-attorney.net
- Elliot Pollock    pollocklaw@sbcglobal.net, rettigb@hotmail.com
- Scott C Polman    spolman.law@comcast.net
- Joseph A Power    joepower@prslaw.com, dkroger@prslaw.com
- Phyllis Y Price    pprice@pricelawofc.com
- Mark L Radtke    mradtke@shawgussis.com, bharrington@shawgussis.com
- Bradley J. Rettig    rettigb@hotmail.com
- Michael R Richmond    mrichmond@hellerrichmond.com
- Aron D Robinson    adroblaw@aol.com
- Antonio M Romanucci    aromanucci@rblaw.net
- David M Rownd    drownd@thompsoncoburn.com
- Richard A. Saldinger    rsaldinger@shawgussis.com
- Keenan J Saulter    ksaulter@saulterlawgroup.com
- Jeffrey M Schwartz    jschwartz@muchshelist.com, nsulak@muchshelist.com
- Brian L Shaw    bshaw100@shawgussis.com, bharrington@shawgussis.com
- John J Simonetti    simonetti@mschicagolaw.com
- Zachary K. Sims    zacharysims@aol.com
- Kathleen A Stetsko    kstetsko@perkinscoie.com, docketchi@perkinscoie.com
- James Stevens    jstevens@nzalaw.com, jvail@nzalaw.com
- Daniel Twetten    dan@loevy.com, johnd@loevy.com;pier@loevy.com;elizabethm@loevy.com
- Dollie I Warren-Reed    dollieis@aol.com

- Ariel Weissberg    ariel@weissberglaw.com, Hava@weissberglaw.com;mike@weissberglaw.com;victor@weissberglaw.com;john@weissberglaw.com
- Courtenay Martin Wilson    cwilson@logganslaw.com
- Teresa Searcy Woods    tsearcywoods@aol.com
- Daniel A Zazove    docketchi@perkinscoie.com
- Thomas A Jr Zimmerman    tom@attorneyzim.com, samantha@attorneyzim.com;frank@attorneyzim.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: ) | Chapter 11 Cases |
| ) | |
| PERPETUA-BURR OAK HOLDINGS OF ) | Case No. 09-34022 |
| ILLINOIS, L.L.C., *et al.*, ) | (Jointly Administered) |
| ) | |
| Debtors. ) | Hon. Pamela S. Hollis |
| ) | Hearing Date:  3/20/2012 |
| ) | Hearing Time:  10:00 a.m. |

**MOTION FOR ENTRY OF FINAL DECREE CLOSING CASE**

Pursuant to 11 U.S.C. § 350 and Fed. R. Bankr. P. 3022 and Local Rule 1102, Perpetua (Consolidated), Inc. ("Perpetua"), hereby requests that the entry of a final decree (the "Final Decree") closing the above-captioned cases (collectively, the "Cases") except to the extent necessary to maintain jurisdiction as provided for in the Plan and Confirmation Order (the "Motion").  In support of the Motion, Perpetua respectfully states as follows:

**Background**

1. On September 14, 2009 (the "Petition Date"), Perpetua-Burr Oak Holdings of Illinois, LLC, Perpetua Holdings of Illinois, Inc. and Perpetua, Inc. (collectively the "Debtors") each filed a voluntary petition in this Court under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532, as amended (the "Bankruptcy Code").

2. On May 24, 2011, this Court entered an Order Confirming Debtors' Modified Second Amended Joint Chapter 11 Plan (the "Plan") and Implementing Discharge and Channeling Injunction (the "Confirmation Order").  *See* Docket No. 899.  The Plan became effective on June 16, 2011 (the "Effective Date").

3. Pursuant to the Confirmation Order, the Debtors were substantively consolidated into Perpetua.  Accordingly, all assets and property of the Debtors' bankruptcy estates, except

those assets transferred to the Perpetua Trust and the BOC Trust, were vested with Perpetua as the consolidated debtor on the Effective Date.

4. The Plan has been substantially consummated, and the estate has been fully administered through the transfer of the Debtors' assets to the Perpetua Trust, the BOC Trust and Perpetua established under the Plan.

### Relief Requested

5. By this Motion, Perpetua requests that this Court enter a Final Decree closing the Cases.

### Basis for Relief

6. The estates of the Debtors have been fully administered pursuant to the Plan. In accordance with the Plan, all of the Debtors' assets, including all of the property of the Debtors' estates, have been transferred to the Perpetua Trust, the BOC Trust or Perpetua. In addition, Perpetua has completed all of its obligations under the Plan except for making its final distributions, tax returns and shut down.

7. All of the other remaining responsibilities under the Plan lie with the BOC Trust and Perpetua Trust. It is therefore appropriate to enter a Final Decree at this time.

8. The entry of a Final Decree in the Cases will not prejudice the rights of any creditors of the Debtors under the Plan. The Plan will remain fully operating and enforceable against the Perpetua Trust and the BOC Trust.

### Applicable Authority

9. Section 350(a) of the Bankruptcy Code provides that after an estate is fully administered "the court shall close the case." 11 U.S.C. § 350(a). Bankruptcy Rule 3022 further provides that:

> After an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case.

10. The Bankruptcy Code does not define "fully administered." However, this Court has employed the following factors when determining whether a Chapter 11 case has been fully administered: (1) whether the order confirming the plan has become final; (2) whether deposits required by the Plan have been distributed; (3) whether the property proposed by the plan to be transferred has been transferred; (4) whether the debtor or the successor of the debtor under the plan has assumed the business or the management of the property dealt with by the plan; (5) whether payments under the plan have commenced; and (6) whether all motions, contested matters and adversary proceedings have been finally resolved. *In re Mold Makers, Inc.,* 124 B.R. 766, 768 (Bankr. N.D.Ill. 1990).

11. In the Cases, each of these factors has been satisfied.

12. Not less than seven day notice of the Motion has been provided to the Office of the United States Trustee and those parties on the CMECF service list. Perpetua requests that notice be found sufficient and that any further notice be waived.

WHEREFORE, Perpetua requests that this Court enter an order: (i) granting the Motion; (ii) excusing any further notice of the Motion, (iii) providing for the entry of a Final Decree closing the above-captioned cases subject to this Court's retention of jurisdiction pursuant to the terms of the Plan and Conformation Order; and (iv) granting such other and further relief as the Court deems just and proper.

Dated: March 13, 2012  Respectfully submitted,

Perpetua (Consolidated), Inc.

By: /s/ *Brian L. Shaw*
  One of its attorneys

Robert M. Fishman (#3124316)
Brian L. Shaw (#6216834)
Kimberly Bacher (#6285677)
Shaw Gussis Fishman Glantz
Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60654
Tel: (312) 276-1321
Fax: (312) 275-0563