UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 Cases |
| | ) | |
| PERPETUA-BURR OAK HOLDINGS OF ILLINOIS, L.L.C., *et al.*, | ) ) | Case No. 09-34022 (Jointly Administered) |
| | ) | |
| Debtors. | ) | Hon. Pamela S. Hollis |
| | ) | Hearing Date: 3/20/2012 |
| | ) | Hearing Time: 10:00 a.m. |

## AMENDED NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **March 20, 2012 at 10:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Pamela S. Hollis,** Bankruptcy Judge, in the room usually occupied by her in Courtroom 644 in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, or in her absence, before such other Judge who may be sitting in her place and stead and hearing bankruptcy motions, and shall then and there present the **Motion For Entry Of Final Decree Closing Cases,** a copy of which is attached and herewith served upon you, and shall pray for the entry of an order in conformity with the prayer of said pleading.

**AT WHICH TIME AND PLACE** you may appear if you so see fit.

Dated: March 14, 2012

Respectfully submitted,

PERPETUA (CONSOLIDATED), INC.

By:  /s/ *Brian L. Shaw*
One of its attorneys

Robert M. Fishman (#3124316)
Brian L. Shaw (#6216834)
Kimberly Bacher (#6285677)
Shaw Gussis Fishman Glantz
Wolfson & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60654
Tel: (312) 276-1321
Fax: (312) 275-0563

## CERTIFICATE OF SERVICE

   Brian L. Shaw certifies that he caused to be served a true copy of the above and foregoing **Notice of Motion** and **Motion For Entry Of Final Decree Closing**, upon the CM/ECF Service List via the Court's electronic filing system on this 14th day of March 2012.

                           /s/ *Brian L. Shaw*

# Mailing Information for Case 09-34022

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Farris M Alkaraki malkaraki@leahylaw.com, mocampo@leahylaw.com
- BMC Group, Inc mjohn@bmcgroup.com, evalles@bmcgroup.com,lruppaner@bmcgroup.com
- Kimberly A Bacher kbacher@shawgussis.com
- Sisavanh B Baker sibaker@cookcountygov.com
- Edric S Bautista ebautista@sanchezdh.com
- Aaron R. Bilton aaronbilton@ameritech.net
- David M Blaskovich dmblasko@cwblawfirm.com
- Michael F Bonamarte mfb@levinperconti.com
- Carl B Boyd starksboyd@sbcglobal.net
- Bruce Brandwein brucebrandwein@yahoo.com
- David H Charlip dcharlip@charliplawgroup.com
- Patience R Clark prc@clarklawchicago.com, nikki41711@gmail.com
- Nathan F Coco ncoco@mwe.com
- Joseph R Curcio info@curcio-law.com, kmillan@curcio-law.com
- Michael J Dergo m.dergo@vlaw.com
- Yao O Dinizulu dinizulu@dinizululawgroup.com
- Faith Dolgin faith.dolgin@illinois.gov
- Michael W Duffy mduffy@cdglawyers.com, abrucato@childresslawyers.com
- Glen J Dunn glendunn@mindspring.com
- Jeffrey D Eaton jeaton@schiffhardin.com
- Paul Fangman pfangman@hotmail.com
- Robert M Fishman rfishman@shawgussis.com
- Ronald G Fleisher rgf@karlinfleisher.com
- Arthur S Gold asg@gcjustice.com, carla@gcjustice.com
- Jamie G Goldstein jgoldstein@gdmlawfirm.com
- Kenneth T Goldstein ken@krislovlaw.com, ecf@krislovlaw.com
- Francis R Greene fgreene@edcombs.com, courtecl@edcombs.com
- Bryan S Hofeld bhofeld@hofeldandschaffner.com
- Blake W Horwitz bhorwitz@hrbattorneys.com, sboshears@rsbmlaw.com

- William B Isaly    bisaly@ancelglink.com
- Victor Jacobellis    vjacobellis@cdglawyers.com, lmesser@cdglawyers.com
- Gregory J Jordan    gjordan@jka-law.com
- Dan Klein    dakchicago@yahoo.com
- Robert D Kreisman    bob@robertkreisman.com
- Clinton A Krislov    clint@krislovlaw.com
- Robert A Langendorf    rlangendorf@comcast.net, pberenz@yahoo.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- Vincent E. Lazar    vlazar@jenner.com, lyap@jenner.com;mmatlock@jenner.com;docketing@jenner.com
- Edward J. Lesniak    elesniak@burkelaw.com
- Nathan P Lusignan    nlusignan@gkw-law.com
- Jessica MacLean    jessica.maclean@cookcountyil.gov
- Matthew T Malinowski    plaintifflaw4@gmail.com
- John R Malkinson    mhpc@aol.com
- Anthony J Masciopinto    amasciopinto@kmklawllp.com
- James D. Montgomery    james2@jdmlaw.com
- Steven J Morton    sjm@sjmlaw.com
- Lauren N. Nachinson    Lauren.Nachinson@quarles.com, Faye.Feinstein@quarles.com;sara.sullivan@quarles.com
- Christina M Phillips    cphillips@childresslawyers.com, jbuljubasic@childresslawyers.com
- Thomas Plouff    tom@alabama-attorney.net
- Elliot Pollock    pollocklaw@sbcglobal.net, rettigb@hotmail.com
- Scott C Polman    spolman.law@comcast.net
- Joseph A Power    joepower@prslaw.com, dkroger@prslaw.com
- Phyllis Y Price    pprice@pricelawofc.com
- Mark L Radtke    mradtke@shawgussis.com, bharrington@shawgussis.com
- Bradley J. Rettig    rettigb@hotmail.com
- Michael R Richmond    mrichmond@hellerrichmond.com
- Aron D Robinson    adroblaw@aol.com
- Antonio M Romanucci    aromanucci@rblaw.net
- David M Rownd    drownd@thompsoncoburn.com
- Richard A. Saldinger    rsaldinger@shawgussis.com
- Keenan J Saulter    ksaulter@saulterlawgroup.com
- Jeffrey M Schwartz    jschwartz@muchshelist.com, nsulak@muchshelist.com
- Brian L Shaw    bshaw100@shawgussis.com, bharrington@shawgussis.com
- John J Simonetti    simonetti@mschicagolaw.com
- Zachary K. Sims    zacharysims@aol.com
- Kathleen A Stetsko    kstetsko@perkinscoie.com, docketchi@perkinscoie.com
- James Stevens    jstevens@nzalaw.com, jvail@nzalaw.com
- Daniel Twetten    dan@loevy.com, johnd@loevy.com;pier@loevy.com;elizabethm@loevy.com
- Dollie I Warren-Reed    dollieis@aol.com

- Ariel Weissberg    ariel@weissberglaw.com, Hava@weissberglaw.com;mike@weissberglaw.com;victor@weissberglaw.com;john@weissberglaw.com
- Courtenay Martin Wilson    cwilson@logganslaw.com
- Teresa Searcy Woods    tsearcywoods@aol.com
- Daniel A Zazove    docketchi@perkinscoie.com
- Thomas A Jr Zimmerman    tom@attorneyzim.com, samantha@attorneyzim.com;frank@attorneyzim.com