# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 Cases |
| | ) | |
| **PERPETUA-BURR OAK HOLDINGS OF ILLINOIS, L.L.C.,** *et al.* | ) ) | Case No. 09-34022 Jointly Administered |
| | ) | |
| Debtors. | ) | Hon. Pamela S. Hollis |
| | ) | |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on May 13, 2014, Patricia Brown Holmes, not individually, but solely in her representative capacity as Perpetua Trust Trustee by and through its counsel, Schiff Hardin, LLP, filed the attached **BOC TRUST FINAL ANNUAL REPORT FOR 2013**, which is hereby served upon you.

Dated: May 13, 2014

Respectfully submitted,

Patricia Brown Holmes, Not Individually, But Solely in Her Representative Capacity as BOC Trust Trustee

By:       */s/* Jeffrey D. Eaton

Jeffrey D. Eaton
Schiff Hardin LLP
233 S. Wacker Drive, Suite 6600
Chicago, IL 60606
(312) 258-5500
(312) 258-5600 (facsimile)
jeaton@schiffhardin.com

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 Cases |
| | ) | |
| **PERPETUA-BURR OAK HOLDINGS OF** | ) | Case No. 09-34022 |
| **ILLINOIS, L.L.C.,** *et al.* | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Hon. Pamela S. Hollis |
| | ) | |

## BOC TRUST FINAL ANNUAL REPORT FOR 2013

Patricia Brown Holmes, not individually, but solely in her representative capacity as BOC Trust Trustee ("**Trustee**"), through her attorneys, hereby states as follows:

## ANNUAL REPORT

1.　　The BOC Trust ("**Trust**") hereby submits its Final Annual Report for the fiscal year beginning on January 1, 2013 and ending on December 31, 2013.

2.　　Pursuant to Section 3.2(c)(i) of the BOC Trust Agreement ("**Trust Agreement**"), the Trustee must file an annual report containing financial statements of the Trust, which must include a balance sheet and a statement of operations. The balance sheet and statement of operations for the BOC Trust for the fiscal year ending December 31, 2013 is attached as <u>Exhibit A</u>.

3.　　Pursuant to Section 3.2(d) of the Trust Agreement, the Trustee must also file a cash flow projection covering the fiscal year. The Trust's 2013 cash flow projection is attached as <u>Exhibit B</u>. This projection represents the most accurate and recent calculation of cash flow for the BOC Trust during the 2013 fiscal year.

4.　　On October 15, 2013, the Trustee met with the BOAC Committee, as was required by Section 3.2(e) of the Trust Agreement.

5. Pursuant to Section 3.2(c)(iii) of the Trust Agreement, this Annual Report is available to the public for inspection in accordance with the procedures established by the Court.

Dated: May 13, 2014

Respectfully submitted:

Patricia Brown Holmes, Not Individually, But Solely in Her Representative Capacity as BOC Trust Trustee

By:   /s/ Jeffrey D. Eaton
    Jeffrey D. Eaton
    Schiff Hardin LLP
    233 S. Wacker Drive, Suite 6600
    Chicago, IL 60606
    (312) 258-5500
    (312) 258-5600 (facsimile)
    jeaton@schiffhardin.com